O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR02-386-CAS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | PRELIMINARY REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| ANTHONY ALLEN SIMPKINS, | ) | |
| Defendant. | ) | |

On May 3, 2010, this matter came before the Court on a petition to show cause why supervised release should not be revoked filed April 19, 2010. Appointed Deputy Federal Public Defender, Kim Savo, with the defendant, and Assistant United States Attorney, Kristen Williams are present. The U.S. Probation Officer, Eddie Lawrence, is also present.

The defendant admits to allegations 1 and 2 of the Petition on Probation and Supervised Release filed on April 19, 2010. The Court grants the Government's request to dismiss allegation 3 of the Petition on Probation and Supervised Release filed April 19, 2010.

The Court hereby finds that the defendant is in violation of the terms and conditions of her supervised release as set forth in the Judgment and Probation/Commitment Order of October 17, 1996. The defendant's probation is hereby revoked and committed to the custody of the Bureau of Prisons to be imprisoned for one (1) day. Upon release from custody, defendant shall be placed on supervised release for a term of three (3) months,

under the same terms and conditions previously imposed, with the added condition that he reside at, participate in and successfully complete a Residential Reentry Center (RRC) Program under the community corrections component, as approved by the Probation Office, and shall observe the rules of that facility, for a period not to exceed ninety (90) days. Upon completion of the RRC placement, the term of supervised release shall be terminated in this case.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: May 4, 2010

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE


TERRY NAFISI, CLERK


By: _____/S/_____
Catherine M. Jeang, Deputy Clerk