O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR02-386-CAS |
| Plaintiff, ) | REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| v. ) | |
| ANTHONY ALLEN SIMPKINS, ) | |
| Defendant. ) | |
| _____ ) | |

On July 30, 2010, this matter came before the Court on a petition to show cause why supervised release should not be revoked filed July 28, 2010. Appointed Deputy Federal Public Defender, Kim Savo, with the defendant, and Assistant United States Attorney, Angela Sanneman are present. The U.S. Probation Officer, Eddie Lawrence, is also present.

The defendant admits to allegations 1 and 2 of the Petition on Probation and Supervised Release filed on July 28, 2010.

The Court hereby finds that the defendant is in violation of the terms and conditions of her supervised release as set forth in the Judgment and Probation/Commitment Order of May 3, 2010. The defendant's supervised release is hereby revoked. Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for forty-five (45) days, with no supervision to follow. It is ordered that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, August 2, 2010. In the absence of such designation, the defendant shall report on or before the same date and time

to the United States Marshal located at the United States Court House, 312 North Spring Street, Los Angeles, California.

    IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: July 30, 2010

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE


TERRY NAFISI, CLERK


By: _____/S/_____
    Catherine M. Jeang, Deputy Clerk

2